**No. 62744.**—Adolph Goldmark & Sons Corp. *v.* United States, protest 58/11829–9911 (Chicago).

Opinion by JOHNSON, J. It was stipulated that the dutiable weight of the bottles in question were, in fact, the weights named in the invoice specifications, that is, 6¼ pounds per carton for the 7-ounce size; 7½ pounds per carton for the 12-ounce size; and 12½ pounds per carton for the 25-ounce size. In view of the stipulation, it was held that the glass bottles were properly dutiable at the appropriate rates under paragraphs 217 and 810, as modified, on the basis of the stipulated weights.

**No. 62745.**—International Packers Com'l Co., Inc., et al. *v.* United States, protests 257727–K/6583, etc. (Chicago).

Opinion by DONLON, J. In accordance with oral stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S.A., et al.* (45 C.C.P.A. 20, C.A.D. 667), the claim of the plaintiffs was sustained.

**No. 62746.**—Coelho Brothers *v.* United States, protest 107111–K (Philadelphia).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *United States* (39 Cust. Ct. 127, C.D. 1917), the claim of the plaintiff was sustained.